SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Numeriano Inumerable (SBN 144076)
101 S. Western Ave.
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
LATANYA WILLIAMS

**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATANYA WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD WILLIAM MARTIN D/B/A THE GOODEYE; ANDREA LYNN MEEK, AS TURSTEE OF HOMER L. AND BEVERLY MEEK FAMILY TRUST; and DOES 1 to 10,<br><br>Defendants. | **Case No.: 2:26-cv-00882-SVW-ACCVx**<br>Assigned to Hon. Stephen V. Wilson<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |

NOTICE OF VOLUNTARY DISMISSAL

Based on the request for dismissal with prejudice and for good cause

shown:

IT IS HEREBY ORDERED that the entire action be dismissed with

Prejudice.

SO ORDERED.

DATED: April 7, 2026

Hon. Stephen V. Wilson,
United States District Court Judge

NOTICE OF VOLUNTARY DISMISSAL